IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ASHLEY SALES,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5551

_____/

Opinion filed August 1, 2017.

An appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Ashley Sales, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Sharon Traxler, Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, RAY, and JAY, JJ., CONCUR.